JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MARISCAL,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>J. SULLIVAN,<br><br>　　　　　　Respondent. | Case No. EDCV 17-2461-RSWL (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: 5/25/2018　　　　　　　　　s/ RONALD S.W. LEW
　　　　　　　　　　　　　　　　HONORABLE RONALD S. W. LEW
　　　　　　　　　　　　　　　　United States District Judge